[No. 46698-4-I.   Division One.   October 29, 2001.]

UROMARK INTERNATIONAL, INC., *Appellant*, v. R/W CONSTRUCTION MANAGEMENT AND CONSULTING CORPORATION, *Respondent.*

R/W CONSTRUCTION MANAGEMENT AND CONSULTING CORPORATION, *Respondent*, v. UROS NENADIC, ET AL., *Appellants.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 98-2-05088-6, Charles S. French, J., entered May 15, 2000. *Reversed* by unpublished opinion per Grosse, J., concurred in by Cox and Appelwick, JJ.

[No. 46790-5-I.   Division One.   October 29, 2001.]

*In the Matter of the Personal Restraint of* RICARDO GARCIA, *Petitioner.*

Petition for relief from personal restraint. Petition *granted* and restitution order *vacated* by unpublished opinion per Ellington, J., concurred in by Coleman and Baker, JJ.

[Nos. 46983-5-I; 46984-3-I.   Division One.   October 29, 2001.]

THE STATE OF WASHINGTON, *Appellant*, v. A.M., *Respondent.*

Appeals from a judgment of the Superior Court for King County, No. 99-8-06113-8, John M. Darrah, J., entered June 12, 2000. *Reversed* by unpublished opinion per Becker, A.C.J., concurred in by Coleman and Webster, JJ. Now published at 109 Wn. App. 325.

[No. 47013-2-I.   Division One.   October 29, 2001.]

KEVIN D. MARCINEK, *Respondent*, v. ENGINEERING RESOURCES, INC., ET AL., *Appellants.*

Appeal from a judgment of the Superior Court for King County, No. 00-2-04362-7, J. Kathleen Learned, J., entered July 11, 2000. *Reversed* by unpublished opinion per Grosse, J., concurred in by Becker, A.C.J., and Cox, J.